R. Terry Parker, Esquire
RATH, YOUNG & PIGNATELLI, P.C.
120 Water Street, Second Floor
Boston, MA 02109
Telephone: (603) 226-2600
Email: rtp@rathlaw.com

*Attorneys for Plaintiff*
*Lisa Corson*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA CORSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>POWER MOVES, INC. and<br>SHAWN PEREZ,<br><br>　　　　　　Defendants. | **Case No.: 1:19-cv-08847** |

### NOTICE OF MOTION FOR FINDING OF ALTERNATIVE SERVICE

PLEASE TAKE NOTICE that the plaintiff Lisa Corson, through the undersign counsel, hereby moves before the Honorable Vernon S. Broderick, at U.S. Courthouse, 40 Foley Square, New York, New York 10007 for an order permitting alternative service upon the defendant Shawn Perez.  In support of this motion, the Plaintiff shall rely upon the accompanying Declaration of R. Terry Parker, Esq. and the Memorandum of Law submitted herewith.

　　　Oral argument is not requested.

Dated: May 18, 2020

/s/ R. Terry Parker
R. Terry Parker, Esquire
RATH, YOUNG and PIGNATELLI, P.C.
120 Water Street, Second Floor
Boston, MA 02109
Telephone: (603) 226-2600
Email: rtp@rathlaw.com

*Attorneys for Plaintiff*
*Lisa Corson*

## CERTIFICATE OF SERVICE

I, R. Terry Parker, hereby certify that I caused the foregoing document to be sent by regular mail on this 18st day of May, 2020 to the following:

Power Moves Inc.
1710 Broadway
New York, New York 10019

Shawn Perez
President
Power Moves, Inc.
1710 Broadway
New York, New York 10019

Shawn Perez
132 1st Street
Hicksville, New York 11801

                                                                               */s/ R. Terry Parker*
                                                                               R. Terry Parker